FRANK G. HANSSEL, Doing Business as FRANK G. HANSSEL COMPANY, Respondent, *v.* P. TOMASETTI CONTRACTING CORPORATION, Appellant, Impleaded with Another.

Submitted June 10, 1940; decided June 14, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 164.)